UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Boa Nguyen<br>Plaintiff<br><br>vs.<br><br>Jeffrey M. Sapko, Field Office<br>Director, et al., | Case No.: 4:13-CV-19-BO |

ORDER

**THIS MATTER** is before the Court upon Plaintiff's Motion for Discovery and to Permit a Conference Between the Parties and To Set Forth a New Discovery Plan; and

**IT APPEARS** to the Court that good cause exists for the Motion and furthermore, counsel for Plaintiff consents to the Motion; and it is

**NOW, THEREFORE**, the Plaintiff's motion is hereby granted.

_Terrence Boyle_
U.S.D.J.